UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     **CV 22-5318 MWF(RAOx)**                              Date:  November 14, 2022

Title     **United African Asian Abilities Club, et al. v. Sherway Villa, L.P., et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 31, 2022.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on October 31, 2022.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 21, 2022**.

- BY PLAINTIFFS:  PROOF OF SERVICE of Summons and Complaint on Defendant.

    AND/OR

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFFS:  APPLICATION FOR CLERK TO ENTER DEFAULT.  If Plaintiffs file a Proof of Service reflecting that Defendant's response to the Complaint is already past due, Plaintiffs must concurrently file an Application for Clerk to Enter Default.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-5318 MWF(RAOx)**   Date:  November 14, 2022

Title       **United African Asian Abilities Club, et al. v. Sherway Villa, L.P., et al.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **NOVEMBER 21, 2022** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm